IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LARRY STEVEN WILKINS and JANE B. STANTON, | CV 18-147-M-DLC-KLD |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiffs Larry Stevens Wilkins and Jane B. Stanton have filed an unopposed motion for an extension of time to respond to Defendant's Motion to Dismiss.   The parties also request the motions deadline be extended from December 16, 2019 to January 13, 2019.   Good cause appearing,

IT IS ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs' response to Defendant's motion shall be due on or before November 15, 2019.

IT IS FURTHER ORDERED that the motions deadline in this matter is extended to January 13, 2020.

DATED this 16th day of October, 2019

_____
Kathleen L. DeSoto
United States Magistrate Judge

1