IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LARRY STEVEN WILKINS and JANE B. STANTON, Plaintiffs, vs. UNITED STATES OF AMERICA, Defendant. | CV 18-147-M-DLC-KLD ORDER |

Defendant United States of America has filed an unopposed motion to vacate the bench trial and remaining outstanding deadlines in this case pending the outcome of dispositive motions filed. Good cause appearing,

IT IS ORDERED that the motion (Doc. 48) is GRANTED. The March 16, 2020 bench trial and all outstanding deadlines are hereby VACATED. Unless a final order on either of the pending motions results in dismissal of the case, the parties shall file a joint status report regarding trial scheduling within seven days after final resolution of the pending motions.

DATED this 16th day of January, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge