RECEIVED
MAY 15 2020
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LARRY STEVEN WILKINS and JANE B. STANTON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 18–147–M–DLC–KLD<br><br><br>ORDER |

On October 11, 2019, the Government filed a number of exhibits attached to its Motion to Dismiss for lack of subject matter jurisdiction. (Doc. 32.) Seven of these exhibits are Forest Service maps. (*See* Docs. 32-24, 32-25, 32-26, 32-27, 32-28, 32-29, 32-30.) Each map contains considerable detail and small text. However, the low resolution of these maps in their current form precludes readability. The Court will require the Government to resubmit these seven exhibits by pdf, to be delivered to the Court as soon as possible. The Government may do so by sending an email to the proposed order account or by disk drive.

IT IS ORDERED that the Government shall resubmit Docs. 32-24, 32-25, 32-26, 32-27, 32-28, 32-29, 32-30 in pdf form as soon as possible.

DATED this 15th day of May, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court