# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Montana**

U.S. District Court case number: **9:18-cv-00147-DLC-KLD**

Date case was first filed in U.S. District Court: **08/23/2018**

Date of judgment or order you are appealing: **05/26/2020; 8/11/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☑ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Larry Steven Wilkins
Jane B. Stanton

Is this a cross-appeal?  ☐ Yes  ☑ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?  ☐ Yes  ☑ No

If Yes, what is the prior appeal case number? 

Your mailing address:

Pacific Legal Foundation

839 W. 3600 S.

City: Bountiful    State: UT    Zip Code: 84010

Prisoner Inmate or A Number (if applicable): 

**Signature** s/ Ethan W. Blevins    **Date** 8/26/2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Larry Steven Wilkins
Jane B. Stanton

Name(s) of counsel (if any):

Ethan W. Blevins
(see attachments)

Address: Pacific Legal Foundation, 839 W. 3600 S., Bountiful, UT 84010

Telephone number(s): (206) 619-8944

Email(s): eblevins@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

Mark Steger Smith, Assistant U.S. Attorney
(see attachment)

Address: 2601 Second Ave. North, Suite 3200, Billings, MT 59101

Telephone number(s): (406) 247-4667, (406) 829-3336

Email(s): mark.smith3@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Larry Steven Wilkins
Jane B. Stanton

Name(s) of counsel (if any):

Jeffrey W. McCoy, Damien M. Schiff

Address: Pacific Legal Foundation, 930 G Street, Sacramento, CA 95814

Telephone number(s): (916) 419-7111

Email(s): jmccoy@pacificlegal.org; dschiff@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**<u>Appellees</u>**

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

John M. Newman, Assistant U.S. Attorney

Address: P.O. Box 8329, Missoula, MT 59807

Telephone number(s): (406) 829-3336

Email(s): john.newman@usdoj.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                        2                             *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

> Larry Steven Wilkins
> Jane B. Stanton

Name(s) of counsel (if any):

> James M. Manley

Address: Pacific Legal Foundation 3217 E. Shea Blvd., #108, Phoenix, AZ 85028

Telephone number(s): (916) 419-7111

Email(s): jmanley@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**      2      *New 12/01/2018*

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

> MARK STEGER SMITH
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 2601 Second Ave. North, Suite 3200
> Billings, Montana 59101
> Telephone:  (406) 247-4667
>                      (406) 829-3336
> Facsimile: (406) 657-6058
> Email: mark.smith3@usdoj.gov
>
> JOHN M. NEWMAN
> Assistant U.S. Attorney
> U.S. Attorney's Office
> P.O. Box 8329
> Missoula, MT 59807
> 105 E. Pine, 2nd Floor
> Missoula, Montana 59802
> Telephone: (406) 829-3336
> Facsimile: (406) 542-1476
> Email: john.newman@usdoj.gov
>
>   s/ Ethan W. Blevins
>   ETHAN W. BLEVINS