UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Montana

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 9:18-cv-00147-DLC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/23/2018

Date of judgment or order you are appealing: 11/05/2024

Docket entry number of judgment or order you are appealing: 94, 95

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Larry Steven Wilkins and Jane B. Stanton

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ● Yes   ○ No

If yes, what is the prior appeal case number? 20-35745

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Ethan W. Blevins          **Date** 12/23/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                    Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Larry Steven Wilkins and Jane B. Stanton |

Name(s) of counsel (if any):

| Jeffrey Wilson McCoy and Damien M. Schiff |

Address: 555 Capitol Mall, Suite 1290, Sacramento, CA 95814

Telephone number(s): 916-419-7111

Email(s): jmccoy@pacificlegal.org and dschiff@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| United States of America |

Name(s) of counsel (if any):

| Mark Steger Smith
Assistant U.S. Attorney |

Address: 2601 2nd Ave. North, Suite 3200, Billings, MT 59101

Telephone number(s): 406-247-4667

Email(s): mark.smith3@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          1                                  New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Larry Steven Wilkins and Jane B. Stanton

Name(s) of counsel (if any):
Ethan W. Blevins

Address: 839 W. 3600 S., Bountiful, UT 84010

Telephone number(s): 206-619-8944

Email(s): eblevins@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellees**

Name(s) of party/parties:
United States of America

Name(s) of counsel (if any):
John M. Newman
Assistant U.S. Attorney

Address: P.O. Box 8329, Missoula, MT 59807

Telephone number(s): 406-829-3336

Email(s): john.newman@usdoj.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                               2                                        *New 12/01/2018*