**MARK STEGER SMITH**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247- 4667
FAX: (406) 657- 6058
Email Address: **mark.smith3@usdoj.gov**

**JOHN M. NEWMAN**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 829-3336
Fax: (406) 542-1476
Email: **john.newman@usdoj.gov**

**ATTORNEYS FOR DEFENDANT**
United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| **LARRY STEVEN WILKINS and JANE B. STANTON,**  Plaintiffs,  vs.  **UNITED STATES OF AMERICA,**  Defendant. | CV 18-147-M-DLC  **NOTICE OF WITHDRAWAL OF COUNSEL** |

1

The Defendant, United States of America, gives notice to the Court and opposing counsel of the withdrawal of Assistant U.S. Attorney John M. Newman

Accordingly, the United States respectfully requests the Clerk of District Court terminate Assistant U.S. Attorney Newman as an attorney "to be noticed" in the CM-ECF records in the above-captioned case.  Future correspondence or pleadings in the above-captioned case should be addressed to Assistant U.S. Attorney Mark Steger Smith, at the address above.

DATED this 3rd day of January, 2025.

                JESSE A. LASLOVICH
                United States Attorney

                <u>/s/ John M. Newman</u>
                JOHN M. NEWMAN
                MARK STEGER SMITH
                Assistant U.S. Attorneys
                Attorneys for Defendant